**FILED**
January 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                        )         Case No. 2:12-MJ-00004-EFB
            Plaintiff, )
v.                                           )         ORDER FOR RELEASE OF
                                                    )         PERSON IN CUSTODY
MA DE JESUS AGUIRRE-ROBLES, )
                                                     )
            Defendant. )

TO:     UNITED STATES MARSHAL:

     This is to authorize and direct you to release <u>MA DE JESUS AGUIERRE-ROBLES</u>, Case No. <u>2:12-MJ-00004-EFB</u>, Charge <u>21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

           __     Release on Personal Recognizance

           __     Bail Posted in the Sum of $__

                    __     Unsecured Appearance Bond

                    __     Appearance Bond with 10% Deposit

                    __     Appearance Bond with Surety

                    __     Corporate Surety Bail Bond

           <u>X</u>     (Other)     <u>Charges dismissed. Dft ordered released to any other hold that has been place upon her.</u>

     This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

     Issued at <u>Sacramento, CA</u> on <u>January 24, 2012</u> at <u>3:50</u> pm.

                                                         By    _/s/ Dale A. Drozd_
                                                                Dale A. Drozd
                                                                United States Magistrate Judge